IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ACUITY, A MUTUAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED SPECIALTY INSURANCE COMPANY,<br><br>    Defendant. | ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE<br><br>Case No. 1:25-cv-00094-JNP-CMR<br><br>Chief District Judge Jill N. Parrish<br><br>Chief Magistrate Judge Cecilia M. Romero |

The court GRANTS the parties' stipulated motion to dismiss. No. 23. It ORDERS as follows: this action is dismissed in its entirety with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The clerk is directed to close this case file.

DATED January 29, 2026

BY THE COURT

Jill N. Parrish
United States District Court Judge